371 A.2d 233

Commonwealth v. Mahon, Appellant.

Submitted March 22, 1976. David S. Fishbone, for appellant; Mark Sendrow, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 233

Commonwealth v. Manduchi, Appellant.

Submitted June 16, 1976. James S. Sorrentino, and Hassel, Yost & Sorrentino, for appellant; Ronald L. Buckwalter, First Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.